**Dismissed and Memorandum Opinion filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00862-CV

---

**ONE STOP RESTORATION, LLC, Appellant**

**V.**

**HL INDUSTRIES, INC., Appellee**

---

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Cause No. 35,233**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed August 27, 2013. The notice of appeal was filed September 30, 2013, but appellant stated in its docketing statement that the notice of appeal was timely mailed on September 26, 2013. The clerk's record was due October 28, 2013, but it has not been filed. On October 29, 2013, the clerk responsible for

preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 29, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.